UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ANTHONY RAGUCCI | No. 22 CR 227<br><br>Judge Martha M. Pacold |

# JOINT STATUS REPORT

1. On May 23, 2022, defendant entered into a written cooperation plea agreement with the government. R. 16, 17.

2. On November 20, 2024, the Court ordered a joint status report be filed by February 18, 2025. R. 43. The parties missed the February 18, 2025 deadline due to an administrative error.

3. The parties anticipate that defendant's cooperation will not conclude within the next several months and recommend filing an updated joint status report in approximately 90 days to track the progress of defendant's cooperation.

Date: February 24, 2025                          Respectfully submitted,

By:    /s *Tiffany Ardam*                        /s *Michael D. Krejci*
       TIFFANY ARDAM                             MICHAEL D. KREJCI
       Assistant United States Attorney          Michael D. Krejci & Associates
       United States Attorney's Office           1770 Park Street
       219 South Dearborn Street, 5th Floor      Suite 205
       Chicago, Illinois 60604                   Naperville, Illinois 60563
       (312) 353-0951                            (630) 388-0600